

RECEIVED

MAY 2 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRUCE ALLEN THOMAS

VERSUS

U.S. COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION NO. 12-cv-2067

JUDGE STAGG

MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorney Fees Under Section 406(b) (Doc. 24) is granted, and the court approves a fee award under 42 U.S.C. § 406(b) in the amount of $8,671.87 for the work of attorney Ronald D. Honig before the court in this case, with the amount to be paid from the past due benefits held by the Commissioner for such purposes. It is further ordered that Honig, upon receipt of the Section 406(b) fee, return to Plaintiff the $2,977.50 EAJA fee that the court awarded earlier in the case.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___21st___ day of ___May___, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE